[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

**RECEIVED**

OCT 05 2016 DC

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

_Miss Tonnie Veal_ )
_____, )
)
**Plaintiff(s),** )
) 16-cv-09504
vs. ) **Judge Samuel Der-Yeghiayan**
) **Magistrate Judge M. David Weisman**
_Veteran Administration_ )
_____, )
)
**Defendant(s).** )

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a* pro se *plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1. This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2. The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3. Plaintiff's full name is _Tonnia Annitha Veal_.

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

4. Defendant, _____, is
(name, badge number if known)

☒ an officer or official employed by _NP Salentine / VA Medical_;
(department or agency of government)

_____ or

☐ an individual not employed by a governmental entity.

*If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5. The municipality, township or county under whose authority defendant officer or official acted is _____. As to plaintiff's federal constitutional claims, the municipality, township or county is a defendant only if custom or policy allegations are made at paragraph 7 below.

6. On or about _____, at approximately _____ ☐ a.m. ☐ p.m.
(month, day, year)
plaintiff was present in the municipality (or unincorporated area) of _____

_____, in the County of _____,

State of Illinois, at _____,
(identify location as precisely as possible)

when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

☒ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
☒ searched plaintiff or his property without a warrant and without reasonable cause;
☒ used excessive force upon plaintiff;
☒ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;
☒ failed to provide plaintiff with needed medical care;
☒ conspired together to violate one or more of plaintiff's civil rights;
☐ Other: _____
_____
_____

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____.

7. Defendant officer or official acted pursuant to a custom or policy of defendant municipality, county or township, which custom or policy is the following: (*Leave blank if no custom or policy is alleged*):_____

_____

_____

_____.

8. Plaintiff was charged with one or more crimes, specifically:

_____

_____

_____

_____

9. (*Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other"*) The criminal proceedings

☐ are still pending.

☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

☐ Plaintiff was found guilty of one or more charges because defendant deprived me of a fair trial as follows_____

_____.

☐ Other: _____.

---

[1]Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*) In the year 2012, after Retiring from the US Army, Miss Veal experienced several forms of (Shock Treatment & Rectal Implant) attacks by way of (VA Hospital) Dept of Defense, Dept of the Army and JAG corp. (illegal Clinical Trial study) After going to the Oak Forest Hospital who then Referred me to The Stroger Hospital, diagnosed with a urinary tract infection UTI. They recommended an ultrasound, and during that timeframe the Doctor implanted a device internally on my ovaries, which are now missing along with all other reproductive organs. Since 2012, the device implanted has cause several problems internally, creating a myriad of hospital visits. This illegal clinical trial is to my understanding, The Manchurian Process/MK Ultra Conspiracy. Recently, the operation has been abandoned by the VA Hospital, Dept of Defense, Dept of the Army along with the Last Will + Testament Inheritance and placed in the hands of the Chgo. Police Dept, General (initiators of shock treatment and rectal implant) (84th ARRTC) (84th ARRTC) (Military Supporter) (JAG) Discrimination and Charles Gordon, Goldie Schuh, Steve Harvey, Judge Pallmeyer guilty of Mutiny.

11. Defendant acted knowingly, intentionally, willfully and maliciously. Yes! They Violated Civil + Human Rights. (They illegally authorized an Autopsy with intent to kill.) and Removed Rights.

12. As a result of defendant's conduct, plaintiff was injured as follows: Extreme Bodily Harm and Nonconsentual surgical procedures. Bipass Surgeries, Heart Transplant, Upper + Low Gastrointestinal Tract Removed and/or replaced with a balloon, blood injection/poisoned, Abortion, Full Hysterectomy, Urinary Disorder, colon Removed, Sacrum Remove + Disc comprimized, broken hips, ankles, breast tissue removed. Daily extreme Sodomy attacks, Injected Pregnancies, clitoris burns, blackmarket eggs, placenta, attempted sex change by closing womb, implanted pacemaker punctured bladder creating a monthly cycle that they stopped in 2012 by way of trauma traumatized metabolism, brain clot, severed groin, gallbladder has been removed then replaced and removed again. Sex exploitation and constant Gang Rapes, Shelter Rapes, Motel/Hotel rapes, home invasion rapes.

13. Plaintiff asks that the case be tried by a jury. ☑ Yes ☐ No

Miss Veal is requesting an emergency court case due to the danger she has been placed in, the prolonged closed + denied past cases, homeless scenario, and financial distressed situation because will inheritance has been stolen and not recovered.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Requesting change of venue.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint. Yes

   **WHEREFORE,** plaintiff asks for the following relief:

   A. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

   B. ☒ *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and

   C. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

   Plaintiff's signature: Tonnia Veal

   Plaintiff's name *(print clearly or type)*: _____

   Plaintiff's mailing address: 13214 South Rhodes Ave

   City Riverdale    State Illinois    ZIP 60827

   Plaintiff's telephone number: (708) 986-6211 Call also

   Plaintiff's email address *(if you prefer to be contacted by email)*: toniv2@hotmail.com

15. Plaintiff has previously filed a case in this district. ☒ Yes ☐ No

   *If yes, please list the cases below.* Tonnia Veal vs Chicago Police

**Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]