## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| | ) | |
| Tonnia Veal | ) | Case No: 16 C 9504 |
| | ) | |
| v. | ) | |
| | ) | Judge Samuel Der-Yeghiayan |
| Veteran Administration | ) | |
| | ) | |
| | ) | |

## ORDER

The instant action is dismissed.  Civil case terminated.  All pending motions [4][5][6] and dates are stricken as moot.

## STATEMENT

This matter is before the court on Plaintiff Tonnia Veal's (Veal) *pro se* motion for leave to proceed *in forma pauperis*. Pursuant to 28 U.S.C. § 1915, "[n]otwithstanding any filing fee, or any portion thereof, that may have been paid, the court shall dismiss the case at any time if the court determines that . . . the action . . . fails to state a claim on which relief may be granted. . . ." *Id.*  Since Veal is proceeding *pro se*, the court has liberally construed her complaint.

Veal indicates that she is seeking to bring claims pursuant to 42 U.S.C. § 1983 (Section 1983) for alleged violations of her constitutional rights and names as Defendant Veteran Administration. Veal accuses Defendant of being involved in a conspiracy which included "implant[ing] a device internally on [her] ovaries, which are now missing along with all other reproductive organs" and alleges her "gallbladder has been removed, then replaced and then removed again." (Compl. 4) Veal presents frivolous and bizarre allegations and fails to state a valid federal claim against any Defendant. Therefore the instant action is dismissed. All pending motions are stricken as moot.

Date:   10/19/16

Samuel Der-Yeghiayan
United States District Court Judge